## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Joanne DeSue,                             :
                    Petitioner            :
                                          :
        v.                                :        No. 151 C.D. 2021
                                          :
Bank of America (Workers'                 :
Compensation Appeal Board),               :
                    Respondent            :

Bank of America,                          :
                    Petitioner            :
                                          :
        v.                                :        No. 183 C.D. 2021
                                          :
Joanne DeSue (Workers'                    :
Compensation Appeal Board),               :        **CASES CONSOLIDATED**
                    Respondent            :


**PER CURIAM**                    **O R D E R**


NOW, June 16, 2022, having considered Designated Respondent Bank of America's application for reargument and Designated Petitioner's answer in response thereto, the application is denied.